THE U.S. DISTRICT COURT IN AND FOR
THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**BARTOSZ PILIPAJC**

    **Plaintiffs,**

v.                                                                                          CASE NO.:   8:13-cv-2415-T-35MAP

**ATRIA GROUP, LLL, A Florida Limited
Liability Company, and
MAREK PIETRYNIAK,**

    **Defendants.**
_____/

## DEFENDANTS REQUESTED VOIR DIRE QUESTIONS

DEFENDANTS, ATRIA GROUP, LLL, A Florida Limited Liability Company, and MAREK PIETRYINIAK, by and through the undersigned counsel, hereby request the Court ask prospective jurors in this action the following voir dire questions:

1. Have you ever owned or operated your own business?

2. If so, did you do so as a sole proprietor, as a limited liability company, or as a Corporation?

3. Have you ever entered into a commercial lease?

4. Have you ever personally guaranteed a commercial lease?

5. Have you ever held a position as a manager or supervisor in any job you have performed?

6. Have you ever been involved in any situation where you had to seek unpaid wages?

7. Have you ever filed a complaint against any employer were engaged in litigation against any employer?

Respectfully Submitted,

/s/Luke Lirot_____
Luke Lirot, Esq.
Florida Bar Number 714836
LUKE CHARLES LIROT, P.A.
2240 Belleair Road, Suite 190
Clearwater, Florida 33764
Telephone: (727) 536-2100
Facsimile: (727) 536-2110
*Co-Counsel for the Defendants*
luke2@lirotlaw.com  (primary e-mail)
jimmy@lirotlaw.com  (secondary e-mail)
krista@lirotlaw.com (secondary e-mail)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 21, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties in this case.

/s/Luke Lirot_____
Luke Lirot, Esquire
Florida Bar Number 714836