THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BARTOSZ PILIPAJC

    Plaintiff,

    v.                                            Case No. 8:13-CV-2415-T-35MAP

ATRIA GROUP, LLC a Florida
Limited Liability Company, and
MAREK PIETRYNIAK,

    Defendants
_____/

## VERDICT FORMS

## FLSA claims against Atria Group, LLC:

**Do you find from a preponderance of the evidence:**

1. That the Plaintiff, Bartosz Pilipajc, was an employee of Atria Group, LLC, and was either engaged in commerce or the production of goods for commerce or employed by an enterprise engaged in commerce or in the production of commercial goods during the following time periods:

   May 2010 to January 2011         Answer Yes or No __YES__

   February 2011 to February 2012   Answer Yes or No __YES__

If your answer is "No," to both of the time periods this ends your deliberations as it pertains to the Atria Group, LLC, and your foreperson should sign and date page 4 of this verdict form, and proceed to the questions on page 5.

If your answer is "Yes," to either of the time periods go to the next question.

2. That Plaintiff, Bartosz Pilipajc was exempt from the Fair Labor Standards Act as an "administrative" employee during the following time periods?

   May 2010 to January 2011         Answer Yes or No __NO__

   February 2011 to February 2012   Answer Yes or No __NO__

If your answer is "Yes," to both time periods this ends your deliberations, and your foreperson should sign and date on page 4 of this verdict form. If your answer is "No," to either of the two (2) time periods go to the next question.

2

3. <u>That Defendant, Atria Group, LLC, failed to pay the Plaintiff, Bartosz Pilipajc the minimum wage required by law under the FLSA between the following dates:</u>

**May 2010 to January 2011**          Answer Yes or No __YES__

**February 2011 to February 2012:**   Answer Yes or No __NO__

If your answer is "Yes" or "No" to this question, go to the next question.

4. <u>That Defendant, Atria Group, LLC, failed to pay the Plaintiff, Bartosz Pilipajc overtime wages required by law under the FLSA between the following time periods:</u>

**May 2010 to January 2011:**          Answer Yes or No __YES__

**February 2011 to February 2012:**   Answer Yes or No __YES__

If your answer is "Yes" to any of the time periods under either question 3 or 4, go to the next question. If your answer is "No" to all time periods in questions 3 and 4, this ends your deliberations as it pertains to the Atria Group, LLC, and your foreperson should sign and date page 4 of this verdict form, and proceed to the questions on page 5.

5. <u>That Atria Group, LLC knew or showed reckless disregard for whether the FLSA prohibited its conduct?</u>

                                        Answer Yes or No __YES__

If your answer is "Yes" or "No" to this question, go to the next question.

6. <u>That Bartosz Pilipajc should be awarded damages for unpaid minimum wages during the time period of</u>:

   **May 2010 to January 2011:**          Answer Yes or No __YES__

   If your answer is "Yes," in what amount for unpaid minimum wages?   $__2,320.00__

   **February 2011 to February 2012:**    Answer Yes or No __NO__

   If your answer is "Yes," in what amount for unpaid minimum wages?   $__0__

7. <u>That Bartosz Pilipajc should be awarded damages for unpaid overtime during the time period of</u>:

   **May 2010 to January 2011:**          Answer Yes or No __YES__

   If your answer is "Yes," in what amount for unpaid overtime?    $__435.60__

   **February 2011 to February 2012:**    Answer Yes or No __YES__

   If your answer is "Yes," in what amount for unpaid overtime?    $__3,049.20__

SO SAY WE ALL.

DATE: __9-23-2015__                    __[signature]__
                                        Foreperson's Signature

4

## FLSA claims against Marek Pietryniak:

**Do you find from a preponderance of the evidence:**

1. That the Plaintiff, Bartosz Pilipajc, was an employee of Marek Pietryniak, and was either engaged in commerce or the production of goods for commerce or employed by an enterprise engaged in commerce or in the production of commercial goods during the following time periods:

   **May 2010 to January 2011**         Answer Yes or No ___No___

   **February 2011 to February 2012**   Answer Yes or No ___No___

If your answer is "No," to both of the time periods this ends your deliberations as it pertains to Marek Pietryniak, and your foreperson should sign and date page 7 of this verdict form. If your answer is "Yes," to either of the time periods go to the next question.

2. That Plaintiff, Bartosz Pilipajc was exempt from the Fair Labor Standards Act as an "administrative" employee during the following time periods?

   **May 2010 to January 2011**         Answer Yes or No _____

   **February 2011 to February 2012**   Answer Yes or No _____

If your answer is "Yes," to both time periods this ends your deliberations, and your foreperson should sign and date page 7 of this verdict form. If your answer is "No," to either of the two (2) time periods go to the next question.

3. That Defendant, Marek Pietryniak, failed to pay the Plaintiff, Bartosz Pilipajc the minimum wage required by law under the FLSA between the following dates:

5

  **May 2010 to January 2011**    Answer Yes or No_____

  **February 2011 to February 2012:**  Answer Yes or No_____

If your answer is "Yes" or "No" to this question, go to the next question.

4. <u>That Defendant, Marek Pietryniak, failed to pay the Plaintiff, Bartosz Pilipajc overtime wages required by law under the FLSA between the following time periods:</u>

  **May 2010 to January 2011:**   Answer Yes or No_____

  **February 2011 to February 2012:**  Answer Yes or No_____

If your answer is "Yes" or "No" to any of the time periods under either question 3 or 4, go to the next question. If your answer is "No" to all time periods in questions 3 and 4, this ends your deliberations as it pertains to Marek Pietryniak, and your foreperson should sign and date page 7 of this verdict form.

5. <u>That Marek Pietryniak knew or showed reckless disregard for whether the FLSA prohibited its conduct?</u>

            Answer Yes or No _____

If your answer is "Yes" or "No" to this question, go to the next question.

6. <u>That Bartosz Pilipajc should be awarded damages for unpaid minimum wages during the time period of</u>:

  **May 2010 to January 2011:**   Answer Yes or No_____

If your answer is "Yes," in what amount for unpaid minimum wages?  $_____

6

**February 2011 to February 2012:**   Answer Yes or No_____

If your answer is "Yes," in what amount for unpaid minimum wages?   $_____

7. <u>That Bartosz Pilipajc should be awarded damages for unpaid overtime during the time period of</u>:

**May 2010 to January 2011:**   Answer Yes or No_____

If your answer is "Yes," in what amount for unpaid overtime?   $_____

**February 2011 to February 2012:**   Answer Yes or No_____

If your answer is "Yes," in what amount for unpaid overtime?   $_____

SO SAY WE ALL.

DATE: 9-23-2015

_____
Foreperson's Signature